[No. 63622-7-I.   Division One.   October 25, 2010.]

BETTY J. NEWNOM, *as Personal Representative, Respondent,*
v. PIERCE COUNTY ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 07-2-30174-7, Michael Heavey, J., entered May 8, 2009. *Reversed* by unpublished opinion per Lau, J., concurred in by Ellington and Spearman, JJ.

[No. 63747-9-I.   Division One.   October 25, 2010.]

KIPP M. DUNLAP ET AL., *Appellants,* v. THE CITY OF NOOKSACK, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-2-00393-1, Charles R. Snyder, J., entered June 5, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.

[No. 63958-7-I.   Division One.   October 25, 2010.]

RICHARD HUNT, *Appellant,* v. DANILO SIJERA ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 08-2-16804-2, Timothy A. Bradshaw, J., entered July 1, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.

[No. 64123-9-I.   Division One.   October 25, 2010.]

TOLA K. ARERO ET AL., *Respondents,* v. KRISTINA R. BAZLEY ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 06-2-15370-7, William L. Downing, J., entered August 14, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Ellington, JJ.